371 A.2d 241

Commonwealth v. Stewart, Appellant.

Submitted June 16, 1975. Douglas Riblet, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Mark Sendrow, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Because the Commonwealth concedes that there was not sufficient evidence to

convict appellant of possession of a prohibited offensive weapon, Act of December 6, 1972, P.L. 1482, No. 334, § 1, 18 Pa.C.S. § 908, the judgment of sentence is reversed, and appellant is hereby ordered discharged.

PRICE, J., notes his dissent.